USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,                :       13-Cr-972 (SHS)

        -against-                                                :

PETER AMREIN,                                          :       ORDER

                Defendant.            :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

       IT IS HEREBY ORDERED that the sentencing of the defendant is moved to Wednesday, January 6, 2016, at 3:00 p.m. Any defense submissions are due on or before December 28, 2015, any government submissions are due on or before January 4, 2016.

Dated: New York, New York
       December 18, 2015

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.